■ DEUTSCHE BANK NATIONAL TRUST COMPANY, Respondent, v KIRK WILLIAMS, Appellant, et al., Defendants. [20 NYS3d 907]—In an action to foreclose a mortgage, the defendant Kirk Williams appeals from a judgment of foreclosure and sale of the Supreme Court, Kings County (Wade, J.), dated April 11, 2014, which, upon an order of reference of the same court (Knipel, J.) dated April 18, 2013, granting the plaintiff's motion for leave to enter a default judgment against him and for an order of reference, and upon a referee's report, is in favor of the plaintiff and against him directing a foreclosure and sale of the subject property.

Ordered that the judgment is affirmed, with costs.

Contrary to the appellant's contention, under the circumstances of this case, the referee was not required to conduct a hearing prior to issuing his report to the Supreme Court (*see Deutsche Bank Natl. Trust Co. v Zlotoff*, 77 AD3d 702 [2010]; *Deutsche Bank Natl. Trust Co. v Jackson*, 68 AD3d 805 [2009]).

The appellant's remaining contentions are without merit. Rivera, J.P., Leventhal, Miller and Duffy, JJ., concur.